UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

P.J. Stevens,

       Plaintiff,

vs.                                                                 ORDER

Minnesota Department of
Public Safety, and
Frim(S) Attorney,

       Defendants.                        Civ. No. 10-3406 (JNE/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), be DENIED; and

2. This action be summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

                                                  BY THE COURT:

DATED: 10-14-2010                      s/ Joan N. Ericksen
                                                  Judge Joan N. Ericksen
                                                  United States District Court